4/17/09

Justin,

What's up? I have been thinking about you + ma a lot the last couple of days. The reason why i haven't wrote to you sooner is because i was waiting to see if you would reply to the last 2 letter's i sent to you but you didn't. I just got back from the infirmary cuz i Cut my wrist on Sunday which was a really stupid thing to do. I also got into a fight with the C/os so now im in the hole for 30days. I am always depressed because i feel so alone and i miss every one so much. I also just found out Leo is being charged with robbing Redneck Steve. I am the reason he is in trouble because i sat down with the state and told them he helped me do the Robbery when he didn't. I thought he snitched me out about the murder when he didn't so now i want to help him get out of all this. Tell him to have his Lawyer come see me A.S.A.P. I hope its not to late to help him because he is my boy. I am in here with Ryan halloran and he told me big Justin has been having problems in here. When i get to Population all that shit is gonna stop real quick. I am going Crazy being locked down all of the time and it's making me an angry person. Thank you for the pictures but you didn't send me any of mom. I haven't seen or heard from my kid's in 3 months and i really hate brooke for playing these game's with my emotions.

Just holler and I'll be there!

How have you been feeling? I pray for you all of the time. I wish i heard from you more often but i understand you have a Life out there. Sorry so short but i will write again soon

BeSafe.

Love
Chris