STATE OF NEW HAMPSHIRE

ROCKINGHAM, SS                                              SUPERIOR COURT
                                                            CR No. 09-S-880, 881

STATE OF NEW HAMPSHIRE,

V.

LEO CULLINAN,
DEFENDANT.

### DEFENDANT'S NOTICE OF ALIBI DEFENSE

NOW COMES the Defendant, Leo Cullinan, and hereby proffers the following alibi witnesses, before receipt of the State's discovery (and without knowing the time of the stated offense), and subject to supplementation on further investigation:

1. Justin Dembrowski, 24 South Avenue, Derry, New Hampshire 03038
2. Paul Cullinan, 29 Hally Road, Lowell, Massachusetts 01854.

Assuming the time of the alleged offense was during the evening, the Defendant was in the presence of both witnesses, at diverse places, including being present at 29 Hally Road, Lowell, Massachusetts.

THE DEFENDANT,
BY HIS ATTORNEYS,

_____
Robert T. Wyman
Wyman & Barton
NH BAR No. 8603
11 Summer Street
Chelmsford, Massachusetts 01824
978-244-0544

Dated:

Acknowledged:

_____
Leo Cullinan